# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2023-0230, <u>James Viau v. New England Logistics</u>, the court on May 1, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The defendant, New England Logistics, appeals an order of the Circuit Court (<u>McIntyre</u>, J.), issued following a hearing, finding it in contempt of the court's prior final order in a small claim action.  As the appealing party, the defendant has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's narrative order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error and affirm the court's decision.  <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**